UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

CIVIL ACTION NO.  17-cv-126-HRW

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                                    ORDER

VIOLA CLARK, et al.                                                                                DEFENDANTS

    This matter is before the Court upon the reports of the Warning Order Attorney, Jeremy L. Clark [DEs 10 and 11] and it appearing the Warning Order Attorney has satisfactorily completed the requisite duties, and the Court being sufficiently advised,

    **IT IS ORDERED HEREIN AS FOLLOWS:**

    The Warning Order Attorney has attempted to notify the Defendants, James P. Creech and the Unknown Spouse of James P. Creech, and has been able to give actual notice of the nature and pendency of this action.  Attorney Clark has reported to the Court that there is no known claim or defense available to said defendant; and therefore,

    Jeremy L. Clark is now relieved of further duties as Warning Order Attorney and is awarded a fee in the amount of $375.00 to be paid by the U.S. Department of Justice to the following:

        Hon. Jeremy L. Clark
        P.O. Box 532
        Catlettsburg, KY 41129

This 3rd day of April, 2018.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge