Alison Lundergan Grimes
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

U. S. District Court
Eastern District
1405 Greenup Ave.
Ashland, KY 41501

Eastern District of Kentucky
**F I L E D**

APR 2 0 2018

AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 0:17-CV-126-HRW

DEFENDANT:  **JONATHAN H. LULL**

DATE:   April 16, 2018


The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

March 20, 2018

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

March 20, 2018

We are enclosing the undelivered letter bearing the postal mark:

Attempted Not Known/Unable to Forward

---

Kentucky Secretary of State's Office        Summons Division        4/16/2018

ALISON LUNDERGAN GRIMES
SECRETARY OF STATE

P.O. Box 718
Frankfort, Kentucky 40602-0718

☑ REGISTER TO VOTE

7017 3380 0000 1606 8059

RESTRICTED DELIVERY

JONATHAN H. LULL
686 CRESTVIEW DRIVE
CASSELBERRY, FL 32707

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD