Alison Lundergan Grimes
Secretary of State

**Commonwealth of Kentucky
Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

U. S. District Court
Eastern District
1405 Greenup Ave.
Ashland, KY 41501

Eastern District of Kentucky
**FILED**
APR 20 2018
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

FROM: SUMMONS DIVISION
SECRETARY OF STATE

RE: CASE NO: 0:17-CV-126-HRW

DEFENDANT: **DELLA M. WILLIAMS
A/K/A DELLA LULL**

DATE: April 16, 2018

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

March 20, 2018

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

March 20, 2018

We are enclosing the undelivered letter bearing the postal mark:

Attempted Not Known/Unable to Forward

ALISON LUNDERGAN GRIMES
SECRETARY OF STATE

P.O. Box 718
Frankfort, Kentucky 40602-0718

☑ *REGISTER TO VOTE*

7017 3380 0000 1406 8042

RESTRICTED DELIVERY

DELLA M. WILLIAMS
A/K/A DELLA LULL
686 CRESTVIEW DRIVE
CASSELBERRY, FL 32707

NIXIE    326   FE 1    0000/01/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 40602071818    2247-05591-02-15